Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Jesus Esquivel-Cornejo

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-206 MCE |
| Plaintiff, | STIPULATION TO CONTINUE J&S TO MARCH 1, 2018 AT 10:00 A.M. AND RESET BRIEFING SCHEDULE |
| v. | |
| JESUS ESQUIVEL-CORNEJO,<br>Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendants Jesus Esquivel-Cornejo, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S and reset the briefing schedule as follows:

Judgment and Sentencing Date: **March 1, 2018**

Reply, or Statement of Non-Opposition: **February 22, 2018**

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **February 15, 2018**

The Presentence Report shall be filed with the Court and disclosed to counsel no later than: **February 8, 2018**

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **February 1, 2018**

1

The proposed Presentence Report shall be disclosed to counsel no later than: **January 18, 2018**

IT IS SO STIPULATED.

Dated: February 28, 2017                    PHILLIP TALBERT
                                            United States Attorney

                                            /s/ Samuel Wong
                                            SAMUEL WONG
                                            Assistant United States Attorney

Dated: February 28, 2017                    /s/ Dina L. Santos
                                            DINA SANTOS, ESQ.
                                            Attorney for Jesus Esquivel-Cornejo

**ORDER**

IT IS SO ORDERED.

Dated: January 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE