Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Jesus Esquivel-Cornejo

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-206 MCE |
| Plaintiff, | STIPULATION TO CONTINUE J&S TO JULY 12, 2018 AT 10:00 A.M. |
| v. | |
| JESUS ESQUIVEL-CORNEJO, Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Jesus Esquivel-Cornejo, by and through his Counsel of record, Dina Santos hereby stipulate to continue the currently set date for Judgment and Sentencing from May 24, 2018, to July 12, 2018.

IT IS SO STIPULATED.

Dated: May 22, 2018                  MCGREGOR W. SCOTT
United States Attorney


By: /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

1

Dated: May 22, 2018         /s/  Dina L. Santos
                            DINA SANTOS, ESQ.
                            Attorney for Jesus Esquivel-Cornejo

## ORDER

Pursuant to the stipulation of the parties, the Judgment and Sentencing set for May 24, 2018, is VACATED and CONTINUED TO July 12, 2018, at 10:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: May 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE