1  MCGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-206-MCE |
|----|---------------------------|--------------------------|
| 12 | Plaintiff, | **AMENDED STIPULATION AND ORDER CONTINUING SENTENCING HEARING FOR DEFENDANT JESUS ARGEL ESQUIVEL-CORNEJO ONLY** |
| 13 | v. | |
| 14 | MARCO ANTONIO ESQUIVEL-CORNEJO, ET AL., | |
| 15 | Defendants. | Date: July 19, 2018<br>Time: 9:00 a.m.<br>Court: Hon. Morrison C. England |
| 16 | | |

17

18

19  It is hereby stipulated and agreed by, and between, plaintiff United States of America and

20  defendant Jesus Argel Esquivel-Cornejo, through their respective counsel that, subject to the approval of

21  the Court, the presently set July 19, 2018, judgment and sentencing hearing for Jesus Argel Esquivel-

22  Cornejo be continued to August 2, 2018, at 10:00 a.m. The reason for the requested continuance is to

23  allow the United States additional time to conduct factual and legal research relevant to sentencing. The

24  United States Probation Office has no objection to the requested continuance.

25  DATED: July 18, 2018         MCGREGOR W. SCOTT
                                 United States Attorney
26
                                 */s/ Samuel Wong*
27                        By:
                                 SAMUEL WONG
28                               Assistant United States Attorney

STIPULATION AND ORDER                    1
CONTINUING SENTENCING HEARING

DATED: July 18, 2018

By: */s/ Dina Santos*
DINA SANTOS
Attorney for defendant
Jesus Argel Esquivel-Cornejo

---------------------------------------------------------

## ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER. The presently set July 19, 2018, judgment and sentencing hearing for defendant Jesus Argel Esquivel-Cornejo shall be continued to August 2, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE